UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br>Marco Antonio Valdez<br>Javier Baltierra-Rincon<br><br>Defendant(s) | CRIMINAL NO. 08mj 2219<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge,   LOUISA S. PORTER

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).)

JORGE CORTEZ-GOMEZ

DATED: 7/30/0.

RECEIVED _____ DUSM

LOUISA S. PORTER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____ Deputy Clerk

R. F. MESSIG